AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Eastern District of Kentucky

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Ron Walters | ) | Case No. |
| | ) | 6:24-MJ-6020-HAI |
| | ) | |
| | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **March 1, 2024** in the county of **WHITLEY** in the **Eastern** District of **Kentucky**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 2252(a)(2) | Distribution of Child Pornography |

This criminal complaint is based on these facts:
See attached Affidavit.

☐ Continued on the attached sheet.

/s/ Kassandra McKenzie w.p.b. Hanly A. Ingram
*Complainant's signature*

FBI SA KASSANDRA MCKENZIE
*Printed name and title*

Subscribed and sworn per Rule 4.1(b)(2)(A) on March 1, 2024 by email/telephone

*Judge's signature*

Date: **Mar 1, 2024**

City and state: Lexington, KY       Hon. Hanly A. Ingram, U.S. Magistrate Judge
*Printed name and title*