**AFFIDAVIT**

I am a Special Agent with the Federal Bureau of Investigation (FBI) and have been since 2015. I am currently assigned to the Louisville Division of the FBI, London Resident Agency, where I investigate a variety of violations of federal law, including child exploitation crimes. I am familiar with and have used normal methods of investigation, including, but not limited to, visual surveillance, questioning of witnesses, search and arrest warrants, informants, pen registers, precision location information, confidential sources, undercover agents, and court-authorized wire interceptions. I also know from my training and experience that individuals who obtain and collect Child Sex Abuse Material (CSAM) often use internet and mobile applications connected to the internet to obtain and distribute CSAM. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter. The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents and witnesses.

Child Sex Abuse Material is a term used to describe child pornography. Child pornography includes any visual depiction of sexually explicit conduct where (a) the production of the visual depiction involved the use of a minor engaged in sexually explicit conduct; (b) the visual depiction was a digital image, computer image, or computer generated image that is, or is indistinguishable from, that of a minor engaged in sexually explicit conduct; or (c) the visual depiction has been created, adapted, or modified to appear that an identifiable minor is engaged in sexually explicit conduct. A minor is any person under the age of 18 years. Sexually explicit conduct applies to visual depictions that involve the use of a minor, or that have been created, modified, or adapted to appear to depict an identifiable minor engaged in actual or simulated (a)sexual intercourse whether between persons of the same or opposite sex; (b) beastiality; (c) masturbation; (d) sadistic or masochistic abuse; or € lascivious exhibition of the genitals or pubic areas of any person.

On or about March 1, 2024, I was contacted by CW1. CW1 is and individual known to the FBI who has previously provided reliable information. CW1 reported that an acquaintance of his, Ron Walters, (hereinafter "WALTERS") showed CW1 "thousands" of child sexual abuse material (CSAM) images on WALTERS' phone. CW1 relayed that the photos included images of children engaged in sexually explicit conduct—including having sex with one another. WALTERS further stated to CW1 that a woman who lived down the street from WALTERS wanted WALTERS to have sex with her 12-year-old daughter in exchange for money.

On or about March 1, 2024, CW1 relayed to me that WALTERS had sent CW1 an image of CSAM via text message to CW1's cellular phone, a facility of interstate commerce. CW1 described the image, stating the photo was of a 7-year-old girl with her vagina exposed. I viewed the text message conversation on CW1's cellular phone and observed a photo of a young girl, appearing to be under the age of 12, with her legs spread open exposing her vagina. Based on my training and experience, I believe this image to be evidence of CSAM. I also confirmed that the photograph had been distributed from a cellular number to CW1's phone on March 1, 2024. WALTERS informed CW1 that he utilizes a mobile application to access images of CSAM. WALTERS told CW1 that WALTERS purchases prepaid gift cards to pay for the images of CSAM on the application.

The cellular telephone used by WALTERS during the text message conversation was 606-765-9646. I conducted law enforcement searches which indicated the phone was operated by Verizon Wireless and registered to WALTERS. Further investigative searches revealed WALTERS resides at 646 McKeehan Crossing, Corbin, Kentucky, which is located in the Eastern District of Kentucky. CW1 identified WALTERS' vehicle and provided an address for WALTERS that is located on the same street as my investigative search revealed. CW1 described WALTERS' house, and I conducted visual surveillance and confirmed that the address listed for WALTERS in law enforcement databases matched the description by CW1.

/s/ Kassandra McKenzie w.p.b. Hanly A. Ingram

Kassandra McKenzie
FBI Special Agent
Louisville Division
London Resident Agency

Subscribed and sworn per Rule 4.1(b)(2)(A) on **Mar 1, 2024** .

UNITED STATES MAGISTRATE JUDGE

3